SEGALL INVESTMENT CO., INC., a Florida corporation, *Petitioner*, vs. ROSEDALE DELICATESSEN, INC., a Florida corporation, *Respondent*.

143 So. 441.

Division A.

Opinion filed August 24, 1932.

Petition for rehearing denied October 3, 1932.

*Mitchell D. Price* and *Charles W. Zaring, Robert S. Florence,* and *Arthur S. Friedman,* for Petitioner;

*Abe Aronovitz,* for Respondent.

PER CURIAM.—The judgment of the Circuit Court should be quashed on authority of the opinion and judgment of this Court in the case of Miami Transit Company vs. George F. Stephens, filed at this Term of the Court.

It is so ordered.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.